No. 95–7413.  SALZER v. STINSON.  C. A. 7th Cir.  Certiorari denied.

No. 95–7417.  ARTEAGA v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.  C. A. 9th Cir.  Certiorari denied.

No. 95–7418.  BEAR v. WASHINGTON.  C. A. 9th Cir.  Certiorari denied.

No. 95–7419.  NASIM v. WARDEN, MARYLAND HOUSE OF CORRECTION, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 95–7420.  KILLS ON TOP v. MONTANA.  Sup. Ct. Mont.  Certiorari denied.

No. 95–7421.  BURTON v. ECONOMUS, JUDGE, COURT OF COMMON PLEAS, MAHONING COUNTY, OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 95–7424.  AKERS v. FITZGERALD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–7443.  ROSSI v. ARIZONA.  Super. Ct. Ariz., County of Maricopa.  Certiorari denied.

No. 95–7448.  WILCZYNSKI v. COLORADO.  Sup. Ct. Colo.  Certiorari denied.

No. 95–7457.  RIVERS v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 95–7458.  ROUNTREE v. MENGEL, CLERK, SUPREME COURT OF OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 95–7461.  THOMAS v. HEISE.  Ct. App. Minn.  Certiorari denied.

No. 95–7467.  WILLIS v. MATSON PLASTERING CO., INC., ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 95–7469.  GUMM v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 95–7472.  HARJU v. DUNCAN ET AL.  C. A. 9th Cir.  Certiorari denied.